OSCN Found Document:IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES2014 OK 19Decided: 03/24/2014THE SUPREME COURT OF THE STATE OF OKLAHOMACite as: 2014 OK 19, __ P.3d __

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL
RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL.

IN RE: AMENDMENT TO THE OKLAHOMA SUPREME COURT RULES, 12 O.S.
Ch. 15, App. 1.

ORDER ADOPTING AMENDMENT TO OKLAHOMA SUPREME COURT
RULES
¶1 The Court has reviewed the recommendation of the Oklahoma Supreme
Committee for Uniform Jury Instructions that Oklahoma Supreme Court Rule 1.28 be
amended to include new material designated as paragraph 1.28(l) and codified
immediately following paragraph 1.28(k).
¶2 The Court hereby adopts new paragraph 1.28(l) for Supreme Court Rule
1.28,and it is therefore ordered, adjudged and decreed that paragraph 1.28(l),
as set out herein shall be included and codified as paragraph 1.28(l) of
Oklahoma Supreme Court Rule 1.28, 12 O.S.2001, Ch. 15, App., 1.
¶3 Paragraph 1.28(l) of Okla. Sup. Ct. R. 1.28 shall be effective sixty (60)
days from the date this Order is filed with the Clerk of this Court.
¶4 New paragraph (l) of Okla. Sup. Ct. R. 1.28 shall state as follows:

Okla. Sup. Ct. Rule 1.28 (l) Juror questionnaires
(A) If appellate counsel designates the questionnaire of any juror, the
Clerk of the District Court shall transmit the sealed original
questionnaire(s) to the Clerk of the Supreme Court along with the rest of
the appellate record. Only the attorneys of record on appeal may view the
juror questionnaires at the office of the Oklahoma Supreme Court Clerk, and
attorneys shall not remove the juror questionnaires from the custody of the
Court. The attorneys of record on appeal may contact the Clerk to schedule a
date and time when the questionnaires may be viewed. The sealed juror
questionnaires may not be photocopied or removed from the Supreme Court
Clerk office.
(B) After an appeal has been decided by this Court, or the Court has
denied A petition for writ of certiorari, the Oklahoma Supreme Court Clerk
shall continue to retain all questionnaires until the later of (1) the
expiration of time for filing a petition for a writ of certiorari in the
United States Supreme Court; or (2) the issuance of a notice of final
disposition by the United States Supreme Court. See Okla. Sup. Ct. R.
1.16 and Sup. Ct. R. 45-46. Thereafter, the Oklahoma Supreme Court Clerk
shall destroy all originals and photocopies of juror questionnaires.
(C) Briefs and motions shall not refer to jurors by name, but shall use
initials or juror number instead.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE
13TH DAY OF MARCH, 2014.

/S/CHIEF JUSTICE

Colbert, C.J., Reif, V.C.J., Kauger, Watt, Edmondson, Combs and Gurich, JJ.,
- concur,
Winchester, J. - concurs in result,
Taylor, J. - concurs in part and dissents in part.
I would adopt all of the recommendations of the OUJI-CIV
committee.

Citationizer© Summary of Documents Citing This DocumentCite
Name
Level
Title 12. Civil Procedure CiteNameLevel 12 O.S. RULE 1.28, RECORDCitedCitationizer: Table of AuthorityCite
Name
Level
None Found.